HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KEVIN MICHAEL BELL

               Plaintiff,

    v.

CITY OF LACEY; Police Chief DUSTY
PIERPOINT individually; Police Commander
JOE UPTON individually; City Attorney
DAVID SCHNEIDER individually; Mayor
ANDY RYDER individually; City Manager
SCOTT SPENCE individually; DOEs 1-25
individually; NISQUALLY TRIBE, Nisqually
CEO JOHN SIMMONS, individually and
Nisqually CFO ELETTA TIAM individually.

               Defendants.

NO. 3:18-cv-05918-RBL

DEFENDANT NISQUALLY TRIBE'S
NOTICE OF INTENT TO OPPOSE
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING
ORDER

Defendant Nisqually Tribe, by and through its undersigned counsel, hereby files this LCR 65(b)(5) notice of intent to oppose Plaintiff's Motion for Temporary Restraining Order. (Dkt. #20). In filing this notice, Defendant Nisqually Tribe expressly does not waive any defenses it has previously raised or is otherwise entitled to, including specifically but not limited to those related to its sovereign immunity.

DEFENDANT NISQUALLY TRIBE'S NOTICE OF
INTENT TO OPPOSE PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER - 1

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

1

DATED this 19th day of February, 2019.

2

FLOYD PFLUEGER & RINGER, P.S.

3

4

/s/Thomas B. Nedderman

5

Thomas B. Nedderman, WSBA No. 28944
William J. Dow, WSBA No. 51155

6

FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas Street, Suite 500

7

Seattle, WA 98119
Tel (206) 441-4455

8

Fax (206) 441-8484

9

tnedderman@floyd-ringer.com
*Counsel for Defendants Nisqually Tribe,*

10

*CEO John Simmons and CFO Eletta Tiam*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT NISQUALLY TRIBE'S NOTICE OF
INTENT TO OPPOSE PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER - 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of DEFENDANT NISQUALLY TRIBE'S NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER via the method indicated below to the following parties:

| | | |
|---|---|---|
| Jackson Millikan<br>Millikan Law Firm<br>2540 Kaiser Rd NW<br>Olympia, WA 98502<br>jackson@millikanlawfirm.com | *Counsel for Plaintiff* | [  ] Via Messenger<br>[  ] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail<br>[X] Via CM/ECF |
| Kent Underwood<br>Underwood Law<br>705 S. 9th Street, Suite 205<br>Tacoma, WA 98405<br>Kent@underwoodlaw.us | *Counsel for Plaintiff* | [  ] Via Messenger<br>[  ] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail<br>[X] Via CM/ECF |
| Robert W. Novasky<br>Forsberg & Umlauf, P.S.<br>1102 Broadway Ste 510<br>Tacoma, WA 98402-3534<br>rnovasky@FoUm.law | *Counsel for Defendants Does 1-25* | [  ] Via Messenger<br>[  ] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail<br>[X] Via CM/ECF |
| John E. Justice<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98058<br>jjustice@lldkb.com | *Counsel for Lacey Defendants* | [  ] Via Messenger<br>[  ] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail<br>[X] Via CM/ECF |
| Daniel F. Mullin<br>Aaron P. Gilligan<br>101 Yesler Way, Suite 400<br>Seattle, WA 98104<br>dmullin@masattorneys.com<br>agilligan@masattornys.com | *Counsel for Lacey Defendants* | [  ] Via Messenger<br>[  ] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail<br>[X] Via CM/ECF |

DATED this 19th day of February, 2019 at Seattle, Washington.

/s/Monica R. Howard
Monica R. Howard, Legal Assistant

DEFENDANT NISQUALLY TRIBE'S NOTICE OF
INTENT TO OPPOSE PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER - 3

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484